Inland Rubber Corporation, Appellee, v. Eskimo Kooler Corporation and Nicholas C. Giovan, Defendants.
 Appeal of Nicholas C. Giovan, Appellant.

Gen. No. 44,673.

 293

opinion filed April 4, 1949; released for publication May 17, 1949. Johan Waage, for appellant; Aaron, Aaron, Schimberg & Hess and Edward S. Stern, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full.